UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF ALABAMA

IN RE:  
James Marquis Hurd

    DEBTOR

CASE NO. 18-04400-JCO-13

## TRUSTEE'S MOTION TO DISMISS

Daniel B. O'Brien, Trustee in this Chapter 13 proceeding, respectfully moves the Court for an order dismissing this case for failure of the Debtor to file the following document(s) as required:

Amended Final Plan Summary per notice to correct.

WHEREFORE, the Trustee moves the Court for an order dismissing this case or for other orders as the Court deems appropriate.

DATED: July 09, 2019

/s/ Daniel B. O'Brien  
Daniel B. O'Brien  
CHAPTER 13 TRUSTEE

## CERTIFICATE OF SERVICE

I certify that on July 09, 2019, I served a copy of the above motion to the parties listed as follows:

**By Electronic Notification:**

Larson Edge, Jr.  
5755 Parkmont Circle South  
Mobile, AL 36608

**By First Class Mail:**

James Marquis Hurd  
394 Fatty Lockhart Road  
Millry, AL 36558

/s/ Daniel B. O'Brien  
Daniel B. O'Brien  
CHAPTER 13 TRUSTEE