# IN THE UNITED STATES BANKRUPTCY COURT FOR
# THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

In Re:  JAMES MARQUIS HURD              )         Case No: 18-04400
                                        )
                                        )
                                        )
          Debtor(s)                     )         Chapter 13

## MOTION TO AMEND SCHEDULES TO ADD DEBTOR'S INTEREST IN A PRE-PETITION CLAIM

COMES NOW the Debtor(s) in the above-styled matter, by and through his attorney of record, and hereby moves this court to allow the debtor to amend his schedules to add his interest in a pre-petition lawsuit:

1. The debtor filed for relief under chapter 13 on October 28,2018. The debtor filed schedules as required.
2. The debtor filed a schedule B for his interest in personal property. The debtor listed all of his property he was aware of at the time of filing
3. In July 2019, the debtor spoke with an attorney regarding several items related to his credit report. The debtor has since retained the Law Firm of John Hurd LLC to represent him in several lawsuits regarding potential causes of action the debtor may be able to assert.
4. Upon of learning of the claims, debtor contacted his bankruptcy attorney and informed him of these potential claims.
5. The debtor wishes to amend his bankruptcy petition as required to list his interest in these potential claims. The debtor further understands that no settlement of any claim can be made without prior approval of this court.

Debtor(s) hereby move(s) this Honorable Court to allow the debtor to Amend Schedules Post-Petition to add the Debtor's Interest in Pre-Petition Claim and for such other and further different relief as may be available by law.

.

/s/ Larson D. Edge, Jr
Larson D. Edge, Jr
3263 Demetropolis Rd
Suite 7
Mobile, Al 36693
