UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF ALABAMA

In Re:

James Marquis Hurd                                    Case No.: 18-04400-JCO

SSN: XXX-XX-1056                                      Chapter 13

Debtor

**TRUSTEE'S OBJECTION TO CLAIM OF EXEMPTION**

COMES NOW, Daniel O'Brien, Standing Chapter 13 Trustee for the Southern

District of Alabama ("Trustee"), and hereby objects to the claim of exemption by the

Debtor based on the following:

1.    This Court has jurisdiction to consider this objection pursuant to 28

      U.S.C.§157 and 1334 and the District Courts Order of Reference.

2.    Specifically, this objection is maintained pursuant to 11 U.S.C. §522, 541,

      §1306 and §1325, as well as Fed.R.Bankr.P. 4003(b) and (c).

3.    The Debtor is exempting more than the allowed amount under §6-10-6, 6-10-

      12.

4.    This objection seeks to limit any claim of exemption.  In no circumstances

      shall such amount exceed the actual equity in the property or the amount

      allowed under applicable State and Federal Law.  All amounts over the stated

      and/or statutory limits shall be deemed property of the Estate as contemplated

      by 11 U.S.C. §541.

 WHEREFORE, based on the foregoing, the Trustee requests that any claim of

exemption be limited to $7,500.00 or all other relief as is just and appropriate.  The

Trustee also request the Debtor be required to amend schedule C to properly exempt

the personal property.

Date:  October 8, 2019

/s/ Daniel B. O'Brien
Daniel B. O'Brien
Chapter 13 Trustee
Mobile, Alabama 36633
(251)438-4615

## CERTIFICATE OF SERVICE

I hereby certify that on October 8, 2019 I have served as copy of the foregoing pleading on the following, either electronically, or by placing same in the U.S. Mail, postage fully prepaid and properly addressed:

/s/ Daniel B. O'Brien
Daniel B. O'Brien
Chapter 13 Trustee
Mobile, Alabama 36633
(251)438-4615

James Marquis Hurd
394 Fatty Lockhart Rd.
Millry , AL 36558
*First Class Mail*

**Larson Edge, Jr.**
larryedge1001@hotmail.com
*Electronic Notification*