UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF ALABAMA

In Re: Case No. 18-04400-JCO-13
    James Marquis Hurd
    Debtor(s)

## TRUSTEE'S MOTION TO DISMISS

DANIEL B. O'BRIEN TRUSTEE, Trustee in this Chapter 13 proceeding, prays that this case be dismissed for the following reason(s):

The Trustee is aware that the debtor has a personal injury settlement pending. The debtor is not maintaining her monthly plan payments of $561.00. The last payment was received on November 26, 2019. The payments need to be increased to $949.00 monthly over the remaining term of the Chapter 13 plan.

WHEREFORE, the undersigned moves for an order dismissing this case or for other orders as the Court deems appropriate.

DATED: 2/28/2020

/s/ Daniel B. O'Brien
Daniel B. O'Brien
Chapter 13 Trustee

## CERTIFICATE OF SERVICE

I certify that on 2/28/2020, I served a copy of the above motion to the parties listed below either electronically or by U.S. mail.

**By Electronic Notification:**
Larson D. Edge, Jr.
3263 Demetropolis Rd
Ste 7
Mobile, AL 36693

**By First Class Mail**:
James Marquis Hurd
394 Fatty Lockhart Road
Millry, AL 36558

/s/ Daniel B. O'Brien
Daniel B. O'Brien
Chapter 13 Trustee