# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA

**JAMES MARQUIS HURD**  Case No. 18-04400
    **Debtors.**  Chapter 13

## DEBTOR'S MOTION TO APPROVE COMPROMISE AND SETTLEMENT AND DISTRIBUTION OF PROCEEDS

COMES NOW the Debtor in the above styled case, by and through counsel, and move this Honorable Court for an Order approving the settlement debtor's personal injury lawsuit and distribution of settlement proceeds. As grounds therefore, the Debtor would show as follows:

1. The debtor filed for relief under chapter 13 on October 28, 2018.

2. The debtor listed on his schedule B potential claims relating to the Fair Credit Reporting Act. The debtor has room to exempt $5,490.00 of the settlement proceeds.

3. The law firm of John C Hubbard LLC been retained by the debtor to represent him in this matter.

4. The debtor has received a settlement offer of $6,000.00 to settle all claims against The Bank of Missouri. Debtor, under advice of her counsel, believes that the settlement is in her best interest.

5. If approved, the debtor request distribution of said funds as per the attached case breakdown.

6. After attorney fees of $2,240.00 and expenses of $400.00, the net recovery to the debtor is $3360.00.

7. The debtor has room to exempt the remaining proceeds and requests that these funds be paid to the debtor pursuant to his personal property exemption.

WHEREFORE, the Debtor, having made her motion to approve the compromise settlement and distribution in this action, prays that this Court approve the settlement and distribution as outlined above and for such further and other different relief as the court may deem just and proper.

.

Respectfully submitted,

*/s/ Larson D. Edge, Jr.*
Larson D. Edge, Jr.
3263 Demetropolis Rd
Suite 7
Mobile, AL 36693
Tel: (251) 635-9455
Email: larryedge1001@hotmail.com

**CERTIFICATE OF SERVICE**

The undersigned certifies that a true and correct copy of the foregoing document was served on the following and all parties in interest either by depositing a copy in the United States Mail, postage prepaid, or electronically through *ECM/ECF* on this 8th day of September, 2020.

Daniel B O'Brien
Chapter 13 Trustee
Via Electronically

James Marquis Hurd
394 Fatty Lockhart Road
Millry, Al 36558

See Attached Matrix

*/s/ Larson D. Edge, Jr.*
Of Counsel