DISBURSEMENT SHEET FOR BANKRUPTCY COURT APPROVAL

RE: **1:19-cv-00370-WS-MU Hurd v. The Bank of Missouri**

| | |
|---|---|
| Recovery | $6,000.00 |
| Costs | $400.00 (Filing Fee) |
| Net Recovery | $5,600.00 |
| Attorney's fee (40%) | $2,240.00 |
| **NET TO CLIENT** | **$3,360.00** |