Alabama Child Support
P.O. Box 244015
Montgomery, AL 36124-4014

Check into Cash
1135 College Ave
Jackson, AL 36545

Consumer Portfolio Services
P.O. Box 57071
Irvine, CA 92619

Express Check Advance
1318 Azalea Dr
Waynesboro, MS 39367

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

Kemper Finance Inc
200 Hopper Ave
De Kalb, MS 39328

Money Now
13571 St Stevens Ave
Chatom, AL 36518

Sherita Campbell
3942 Blandon Springs Road
Silas, AL 36919

Washington County Waste Dept
401 Court Street
Chatom, AL 36518