**Form oaesc**

# United States Bankruptcy Court

Southern District of Alabama

**Case No. 18–04400**
**Chapter 13**

In re:

James Marquis Hurd
394 Fatty Lockhart Road
Millry, AL 36558

Social Security No.:
xxx–xx–1056

### ORDER APPROVING EMPLOYMENT OF SPECIAL COUNSEL FOR CHAPTER 13 DEBTOR(S) ON A CONTINGENT FEE BASIS

This matter is before the Court on the application to employ John C Hubbard as special counsel for the debtor(s) to prosecute a cause of action. No objections to the motion have been filed. The Court finds that the application should be approved on the condition that all fees and expenses are to be paid from any proceeds and not by the debtor(s) or the bankruptcy estate.

It is thus ORDERED that the application to employ on a contingent fee basis as set out in the application is approved pursuant to Bankruptcy Code § 328(a).

Dated: 10/8/20

JERRY C. OLDSHUE, JR.
U.S. BANKRUPTCY JUDGE