**Form oaesc**

# United States Bankruptcy Court

Southern District of Alabama

**Case No. 18−04400**

Chapter 13

In re:

James Marquis Hurd
394 Fatty Lockhart Road
Millry, AL 36558

Social Security No.:
xxx−xx−1056

## ORDER APPROVING EMPLOYMENT OF SPECIAL COUNSEL FOR CHAPTER 13 DEBTOR(S) ON A CONTINGENT FEE BASIS

    This matter is before the Court on the application to employ John C Hubbard as special counsel for the debtor(s) to prosecute a cause of action. No objections to the motion have been filed. The Court finds that the application should be approved on the condition that all fees and expenses are to be paid from any proceeds and not by the debtor(s) or the bankruptcy estate.

    It is thus ORDERED that the application to employ on a contingent fee basis as set out in the application is approved pursuant to Bankruptcy Code § 328(a).

Dated: 10/8/20

                                        JERRY C. OLDSHUE, JR.
                                        U.S. BANKRUPTCY JUDGE

In re:                                                                               Case No. 18-04400-JCO
James Marquis Hurd                                        Chapter 13
    Debtor(s)

# CERTIFICATE OF NOTICE

District/off: 1128-1                                       User: admin                                     Page 1 of 2
Date Rcvd: Oct 08, 2020                             Form ID: oaesc                                Total Noticed: 5

The following symbols are used throughout this certificate:
**Symbol    Definition**
+                 Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 10, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | James Marquis Hurd, 394 Fatty Lockhart Road, Millry, AL 36558-5545 |
| crclm | + | Alabama Department of Human Resources, Child Suppo, 1150 Government St., Suite 105, Mobile, AL 36604-2411 |
| cr | + | Consumer Portfolio Services, Inc., c/o Spina & Lavelle PC, One Perimeter Park South, Suite 400N, Birmingham, AL 35243-2327 |
| crclm | + | Mobile County Legal Office, 1150 Government Street, Room 105, Mobile, al 36604-2411 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Oct 09 2020 02:55:21 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 10, 2020                                Signature:          /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 8, 2020 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Daniel B. O'Brien | cperry@ch13mob.com cdownload@ch13mob.com |
| Daniel B. O'Brien | on behalf of Trustee Daniel B. O'Brien cperry@ch13mob.com cdownload@ch13mob.com |

Larson D. Edge, Jr.
    on behalf of Debtor 1 James Marquis Hurd larryedge1001@hotmail.com tammyumland70@gmail.com;dlr76404@notify.bestcase.com

Lisa Jo Hill
    on behalf of Creditor Claimant Alabama Department of Human Resources  Child Support Division lisajo.hill@dhr.alabama.gov

Paul J. Spina, III
    on behalf of Creditor Consumer Portfolio Services  Inc. pspina@spinalavelle.com

TOTAL: 5